IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-01909-WYD-BNB

RAY TRIPP WATTS,

    Plaintiff,

v.

SMOKE GUARD, INC.;
POWERS PRODUCTS CO;
THE RESIDENCES AT LITTLE NELL DEVELOPMENT, LLC; and
SIMPLEXGRINNELL, LP,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER comes before the Court on Plaintiff and Defendant SimplexGrinnell LP's motion for dismissal without prejudice (ECF No. 21).   Based on my careful review of the file, I find that the motion should be granted.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss All Claims against Defendant SimplexGrinnell LP without Prejudice (ECF No. 21) is **GRANTED.**   All claims that are asserted or that could have been asserted by Plaintiff against Defendant SimplexGrinnell LP are dismissed without prejudice and on the merits.   Plaintiff shall have ninety days from the filing of the stipulation to re-file its claims against SimplexGrinnell LP.   After such time, any and all claims against SimplexGrinnell LP arising out of or related to the events, injuries, and/or damages alleged in Plaintiff's Complaint and/or First Amended Complaint in this matter will be barred.   Each party shall be responsible for its own costs,

expenses, and attorney fees in connection with the claims dismissed herein.   It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of Defendant SimplexGrinnell LP.

Dated: November 6, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE