**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-1909-WYD-NYW

RAY TRIPP WATTS,

Plaintiff,

v.

SMOKE GUARD, INC.,
POWERS PRODUCTS CO,
THE RESIDENCES AT LITTLE NELL DEVELOPMENT, LLC,
SIMPLEXGRINNELL, LP.

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Ray Trip Watts's ("Plaintiff") Motion for Leave to File Third Amended Complaint, filed on June 12, 2015 [#78] (the "Motion").  The Motion was filed as unopposed, and no response by any Party has yet been filed. Pursuant to the Order Referring Case dated June 28, 2015 [#5], the Reassignment dated February 10, 2015 [#52], and the Memorandum dated June 15 10, 2015 [#80], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED.  IT IS FURTHER ORDERED that Plaintiff is to file a clean version of his Third Amended Complaint (in the substantive form proposed) no later than **July 22, 2015**.

DATED: July 15, 2015